JOHN WILLEX, as Administrator of the Estate of DONALD WILLEX, Deceased, Respondent, *v.* CITY OF SYRACUSE, Appellant, Impleaded with Others.

*Willex* v. *City of Syracuse*, 175 App. Div. 909, affirmed.
(Argued May 8, 1918; decided May 28, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 13, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been

occasioned through the negligence of the defendant. The complaint alleged that the intestate, a boy three years old, was drowned in a temporary flume constructed for the purpose of carrying the waters of Onondaga creek, during the work of construction of a part of the Syracuse intercepting sewer; that the accident occurred at the point where· this flume passed under the West Taylor street bridge over the creek, and that the boy met his death by reason of a defective condition of this bridge; that it was not sufficiently equipped with guard rails; that the portion of its floor or walk used by pedestrians was in a dangerous condition, and that as a result thereof this boy fell into the flume. The answer was a general denial of negligence by the defendant city and a plea of contributory negligence on the part of the plaintiff's intestate and his parents or guardians.

*Stewart F. Hancock* and *Carl E. Dorr* for appellant.

*Oscar J. Brown* for respondent.

Judgment affirmed, with costs; no opinion. ·

Concur: HISCOCK, Ch. J., CHASE, CARDOZO and POUND, JJ. Dissenting: McLAUGHLIN and ANDREWS, JJ. Not voting: HOGAN, J.